PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Nicasio Palacio Villavicencio     Cr.: 20-00755-001
                                                                        PACTS #: 4783513

Name of Sentencing Judicial Officer:    THE HONORABLE PAUL A. ENGELMAYER
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/21/2018

Original Offense:   Conspiracy to Steal Public Funds, 18 U.S.C. § 371

Original Sentence: 36 months probation

Special Conditions: $100 - Special Assessment, $18,948.00 - Restitution, Financial Disclosure, New Debt Restrictions, Search/Seizure, and 100 hours - Community Service (satisfied)

Type of Supervision: Probation                          Date Supervision Commenced: 12/21/2018

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Villavicencio has paid $7,247.67 towards his restitution. His supervision is due to expire on December 20, 2021, with an outstanding restitution balance of $11,700.33. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Nicasio Palacio Villavicencio

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Brendan G. Murillo*          11/23/2021
BRENDAN G. MURILLO              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on December 20, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

11/24/21
Date